**Order entered October 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00644-CV

## MURPHY OIL USA, INC. D/B/A MURPHY OIL USA #7350, Appellant

## V.

## DONNETTA STEGALL, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08452**

## ORDER

Before the Court is appellant's October 6, 2021 unopposed second motion to extend time to file its brief. We **GRANT** the motion and extend the time to **November 8, 2021**. We caution appellant that further requests for extension will be disfavored.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE